AMENDED

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

AO 10
Rev. 1/2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BECKWITH, SANDRA S | U.S. DISTRICT COURT | 05/28/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge | ☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 810 Potter Stewart Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 23 (Jun 2) A 10: 44 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 05/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/9/07 | Thomson - Teaching | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Antique Business |
| 2. 2007 | Metropolitan Sewer District-Personnel Director |
| 3. 2007 | Retired |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 05/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2. Citigroup, Inc. - Common Stock | B | Dividend | K | T | | | | | |
| 3. General Electric Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 4. BP Amoco PLC - Common Stock | A | Dividend | J | T | Sold Part | 5/2 | J | D | |
| 5. Johnson and Johnson - Common Stock | A | Dividend | K | T | | | | | |
| 6. Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 7. Proctor & Gamble - Common Stock | A | Dividend | K | T | | | | | |
| 8. First America Prime Obligation Fund | B | Interest | J | T | | | | | See Note in Part VIII |
| 9. Sysco Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 10. Emerson Electric Co. 7.125% 8/15/10 | B | Interest | K | T | | | | | |
| 11. Ohio State Infrastructure Impt. Series A 4.87% 8/1/14 | B | Interest | L | T | | | | | |
| 12. Deere and Company - Common Stock | A | Dividend | L | T | Split | 12/4 | | | |
| 13. I Shares TR - DJ U.S. Healthcare Sector - Common Stock | A | Dividend | J | T | | | | | |
| 14. I Shares - DJ U.S. Technology Sector - Common Stock | A | Dividend | K | T | | | | | |
| 15. Schlumberger, Ltd. - Common Stock | A | Dividend | K | T | | | | | |
| 16. I Shares FTSE/XINHUA China 25 Index Fund | | None | | | Sold All | 3/5 | K | D | |
| 17. I Shares DJ Select - Common Stock | A | Dividend | | | Sold All | 6/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aqua America, Inc. - Common Stock | A | Dividend | | | Sold All | 7/9 | J | A | |
| 19. Exelon Corporation - Common Stock | A | Dividend | K | T | | | | | |
| 20. American Int'l Group, Inc. - Common Stock | A | Dividend | | | Sold All | 12/14 | J | | See Note in Part VIII |
| 21. Dril-Quip, Inc. - Common Stock | | None | | | Sold All | 7/9 | K | D | |
| 22. PT Telekomunikasi Indonesia ADR - Common Stock | A | Dividend | | | Sold All | 6/26 | K | D | |
| 23. FHLB Deb. 5.100% 3/6/08 | C | Interest | L | T | | | | | |
| 24. FHLB Deb. 5.250% 3/2/09 | | None | | | | | | | |
| 25. Pepsico, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 26. U.S. Treasury Note 4.625% 8/31/11 | B | Interest | L | T | | | | | |
| 27. U.S. Treasury Note 4.875% 8/15/09 | B | Interest | L | T | | | | | |
| 28. America Movil S A DE CVADR - Common Stock | A | Dividend | K | T | Buy | 2/7 | K | | |
| 29. Abb Ltd. ADR - Common Stock | A | Dividend | K | T | Buy | 2/7 | K | | |
| 30. Spdr Russell Nomjra Small Cap Japan Etf. | | None | | | Buy | 2/23 | K | | |
| 31. Spdr Russell Nomura Small Cap Japan Etf. | | | | | Sold All | 7/3 | K | | See Note in Part VIII |
| 32. J.P. Morgan Chase & Co. - Common Stock | A | Dividend | | | Buy | 5/23 | K | | |
| 33. J.P. Morgan Chase & Co. - Common Stock | | | | | Sold All | 8/29 | J | | See Note in Part VIII |
| 34. Gilead Sciences, Inc. - Common Stock | | None | K | T | Buy | 5/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500 001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amphenol Corp. CLA - Common Stock | A | Dividend | K | T | Buy | 7/3 | K | | |
| 36. AT&T, Inc. - Common Stock | A | Dividend | K | T | Buy | 7/3 | K | | |
| 37. Spdr S&P Bric 40 Etf. | | None | K | T | Buy | 7/12 | K | | |
| 38. U.S. Treasurey NT 4.000% 8/31/09 | | None | L | T | Buy | 8/31 | K | | |
| 39. Monsanto Co. - Common Stock | A | Dividend | K | T | Buy | 8/29 | K | | |
| 40. First American Govt. Obl. Fund CL Y | A | Interest | J | T | | | | | See Note in Part VIII |
| 41. Cincinnati Police Credit Union | A | Interest | J | T | | | | | |
| 42. Public Employees Deferred Comp. #1 | | None | L | T | | | | | |
| 43. Public Employees Deferred Comp. #2 | | None | O | T | | | | | |
| 44. Public Employees Deferred Comp. #3 | | None | M | T | | | | | |
| 45. U.S. Bank IRA I | | | | | | | | | See Note in Part VIII |
| 46. First Prime Oblication Fund Class I | A | Interest | J | T | | | | | See Note in Part VIII |
| 47. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 48. Pfizer, Inc. - Common Stock | A | Dividend | | | Sold All | 5/7 | J | | See Note in Part VIII |
| 49. Astrazeneca PLC - Common Stock | A | Dividend | | | Sold All | 8/31 | J | A | |
| 50. Alcon, Inc. - Common Stock | | None | J | T | Buy | 9/13 | J | | |
| 51. First American Govt. Obligation Fund CL Y | | None | J | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 05/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U.S. Bank IRA II | | | | | | | | | See Note in Part VIII |
| 53. First American Prime Obligation Fund | A | Interest | J | T | | | | | See Note in Part VIII |
| 54. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 55. FPL Group, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 56. Proctor & Gamble - Common Stock | A | Dividend | J | T | | | | | |
| 57. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 58. Pfizer, Inc. - Common Stock | A | Dividend | | | Sold All | 5/7 | J | B | |
| 59. First American Prime Obligation Fund | B | Interest | J | T | | | | | See Note in Part VIII |
| 60. I Shares Iboxx & Investment Grade Corp. Bond Fund LQD | A | Interest | J | T | | | | | See Note in Part VIII |
| 61. Infosys Technologies - Common Stock | A | Dividend | | | Sold All | 6/15 | K | D | |
| 62. FPL Group, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 63. Loews Corp. - Common Stock | A | Dividend | | | Sold All | 8/29 | K | C | |
| 64. Apple Computer, Inc. - Common Stock | | None | K | T | | | | | |
| 65. Celgene Corp. - Common Stock | | None | | | Buy | 7/3 | K | | |
| 66. Celgene Corp. - Common Stock | | | | | Sold All | 12/27 | J | | See Note in Part VIII |
| 67. Cisco Systems, Inc. - Common Stock | | None | K | T | Buy | 9/4 | K | | |
| 68. First American Government Obligation Fund CL Y | | None | J | T | | | | | See Note in Part VIII |

---

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 05/28/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Items 2 through 40 are the U.S. Bank portfolio.

Items 46 through 51 are U.S. Bank IRA I.

Items 53 through 56 are U.S. Bank IRA II.

Items 59 through 68 are U.S. Bank IRA III.

Item 60 is the new name of I Shares GS $ Investop Corporate Bond as reported in 2006 (Item #67).

Items 8, 46 and 58 are cash holding vehicles for these accounts.*

*Items 40, 51 and 68 replaced the above cash holding vehicles respectively effective 11/1/07.

Items 20, 31, 33, 48 and 65 sold at losses.

NOTE - Vodafone Group, Inc. does not appear because it was sold 12/16/05 and reported as such on the 2005 Financial Disclosure. The listing on the 2006 Report was only for a dividend received in 2006 (Item #39).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>BECKWITH, SANDRA S | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/21/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>810 Potter Stewart Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 25 A 11: 58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 5/9/07 | Thomson - Teaching | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2007 | Antique Business |
| 2. 2007 | Metropolitan Sewer District-Personnel Director |
| 3. 2007 | Retired |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2. Citigroup, Inc. - Common Stock | B | Dividend | K | T | | | | | |
| 3. General Electric Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 4. BP Amoco PLC - Common Stock | A | Dividend | J | T | Sold Part | 5/2 | J | D | |
| 5. Johnson and Johnson - Common Stock | A | Dividend | K | T | | | | | |
| 6. Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 7. Proctor & Gamble - Common Stock | A | Dividend | K | T | | | | | |
| 8. First America Prime Obligation Fund | B | Interest | J | T | | | | | See Note in Part VIII |
| 9. Sysco Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 10. Emerson Electric Co. 7.125% 8/15/10 | B | Interest | K | T | | | | | |
| 11. Ohio State Infrastructure Impt. Series A 4.87% 8/1/14 | B | Interest | L | T | | | | | |
| 12. Deere and Company - Common Stock | A | Dividend | L | T | Split | 12/4 | | | |
| 13. I Shares TR - DJ U.S. Healthcare Sector - Common Stock | A | Dividend | J | T | | | | | |
| 14. I Shares - DJ U.S. Technology Sector - Common Stock | A | Dividend | K | T | | | | | |
| 15. Schlumberger, Ltd. - Common Stock | A | Dividend | K | T | | | | | |
| 16. I Shares FTSE/XINHUA China 25 Index Fund | | | | | Sold All | 3/5 | K | D | |
| 17. I Shares DJ Select - Common Stock | A | Dividend | | | Sold All | 6/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aqua America, Inc. - Common Stock | A | Dividend | | | Sold All | 7/9 | J | A | |
| 19. Exelon Corporation - Common Stock | A | Dividend | K | T | | | | | |
| 20. American Int'l Group, Inc. - Common Stock | A | Dividend | | | Sold All | 12/14 | J | | See Note in Part VIII |
| 21. Dril-Quip, Inc. - Common Stock | | None | | | Sold All | 7/9 | K | D | |
| 22. PT Telekomunikasi Indonesia ADR - Common Stock | A | Dividend | | | Sold All | 6/26 | K | D | |
| 23. FHLB Deb. 5.100% 3/6/08 | C | Interest | L | T | | | | | |
| 24. FHLB Deb. 5.250% 3/2/09 | | None | | | | | | | |
| 25. Pepsico, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 26. U.S. Treasury Note 4.625% 8/31/11 | B | Interest | L | T | | | | | |
| 27. U.S. Treasury Note 4.875% 8/15/09 | B | Interest | L | T | | | | | |
| 28. America Movil S A DE CVADR - Common Stock | A | Dividend | K | T | Buy | 2/7 | K | | |
| 29. Abb Ltd. ADR - Common Stock | A | Dividend | K | T | Buy | 2/7 | K | | |
| 30. Spdr Russell Nomjra Small Cap Japan Etf. | | None | | | Buy | 2/23 | K | | |
| 31. Spdr Russell Nomura Small Cap Japan Etf. | | | | | Sold All | 7/3 | K | | See Note in Part VIII |
| 32. J.P. Morgan Chase & Co. - Common Stock | A | Dividend | | | Buy | 5/23 | K | | |
| 33. J.P. Morgan Chase & Co. - Common Stock | | | | | Sold All | 8/29 | J | | See Note in Part VIII |
| 34. Gilead Sciences, Inc. - Common Stock | | None | K | T | Buy | 5/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amphenol Corp. CLA - Common Stock | A | Dividend | K | T | Buy | 7/3 | K | | |
| 36. AT&T, Inc. - Common Stock | A | Dividend | K | T | Buy | 7/3 | K | | |
| 37. Spdr S&P Bric 40 Etf. | | None | K | T | Buy | 7/12 | K | | |
| 38. U.S. Treasurey NT 4.000% 8/31/09 | | None | L | T | Buy | 8/31 | K | | |
| 39. Monsanto Co. - Common Stock | A | Dividend | K | T | Buy | 8/29 | K | | |
| 40. First American Govt. Obl. Fund CL Y | A | Interest | J | T | | | | | See Note in Part VIII |
| 41. Cincinnati Police Credit Union | A | Interest | J | T | | | | | |
| 42. Public Employees Deferred Comp. #1 | | None | L | T | | | | | |
| 43. Public Employees Deferred Comp. #2 | | None | O | T | | | | | |
| 44. Public Employees Deferred Comp. #3 | | None | M | T | | | | | |
| 45. U.S. Bank IRA I | | | | | | | | | See Note in Part VIII |
| 46. First Prime Oblication Fund Class I | A | Interest | J | T | | | | | See Note in Part VIII |
| 47. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 48. Pfizer, Inc. - Common Stock | A | Dividend | | | Sold All | 5/7 | J | | See Note in Part VIII |
| 49. Astrazeneca PLC - Common Stock | A | Dividend | | | Sold All | 8/31 | J | A | |
| 50. Alcon, Inc. - Common Stock | | None | J | T | Buy | 9/13 | J | | |
| 51. First American Govt. Obligation Fund CL Y | | None | J | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. U.S. Bank IRA II | | | | | | | | | See Note in Part VIII |
| 53. First American Prime Obligation Fund | A | Interest | J | T | | | | | See Note in Part VIII |
| 54. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 55. FPL Group, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 56. Proctor & Gamble - Common Stock | A | Dividend | J | T | | | | | |
| 57. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 58. Pfizer, Inc. - Common Stock | A | Dividend | | | Sold All | 5/7 | J | B | |
| 59. First American Prime Obligation Fund | B | Interest | J | T | | | | | See Note in Part VIII |
| 60. I Shares Iboxx & Investment Grade Corp. Bond Fund LQD | A | Interest | J | T | | | | | See Note in Part VIII |
| 61. Infosys Technologies - Common Stock | A | Dividend | | | Sold All | 6/15 | K | D | |
| 62. FPL Group, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 63. Loews Corp. - Common Stock | A | Dividend | | | Sold All | 8/29 | K | C | |
| 64. Apple Computer, Inc. - Common Stock | | None | K | T | | | | | |
| 65. Celgene Corp. - Common Stock | | None | | | Buy | 7/3 | K | | |
| 66. Celgene Corp. - Common Stock | | | | | Sold All | 12/27 | J | | See Note in Part VIII |
| 67. Cisco Systems, Inc. - Common Stock | | None | K | T | Buy | 9/4 | K | | |
| 68. First American Government Obligation Fund CL Y | | None | J | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Items 2 through 40 are the U.S. Bank portfolio.

Items 46 through 51 are U.S. Bank IRA I.

Items 53 through 56 are U.S. Bank IRA II.

Items 59 through 68 are U.S. Bank IRA III.

Item 60 is the new name of I Shares GS $ Investop Corporate Bond as reported in 2006 (Item #67).

Items 8, 46, 52 and 58 are cash holding vehicles for these accounts.

Items 40, 51 and 69 replace the above cash holding vehicles respectively effective 11/1/07.

Items 20, 31, 33, 48 and 65 sold at losses.

NOTE - Vodafone Group, Inc. does not appear because it was sold 12/16/05 and reported as such on the 2005 Financial Disclosure. The listing on the 2006 Report was only for a dividend received in 2006 (Item #39).

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/21/2008 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544